UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

DEBBIE SANTOS,                     :
                                   :
        Plaintiff                  :    No. 3:13-CV-1612
                                   :
    vs.                            :    (Judge Nealon)
                                   :
CAROLYN W. COLVIN, Acting          :
Comissioner of Social Security,    :    FILED
                                   :    SCRANTON
        Defendant                  :    OCT 28 2014
                                   :    PER_____
                                        DEPUTY CLERK

## ORDER

**NOW**, this 27th day of October, 2014, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's appeal is **GRANTED**;

2. The decision of the Commissioner of the Social Security Administration denying Debbie Santos disability insurance benefits and supplemental security income is **VACATED**;

3. The matter is **REMANDED** to the Commissioner of the Social Security Administration for further proceedings; and

4. The Clerk of Court shall **CLOSE** this case.

_____
**United States District Judge**